Daniel D'Agostino
5220 West Saint Charles Ave.
Laveen, AZ 85339
(602) 999-2065
Plaintiff in Pro Se

FILED ✓  LODGED ___
RECEIVED ___  COPY ___

AUG 2 9 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DANIEL D'AGOSTINO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Foo Monk, LLC (Tradename: Instantly.ai); Nils Schneider, Co-Founder of Foo Monk (Tradename Instantly.ai); Reio Suun, Co-Founder of Foo Monk (Tradename Instantly.ai);<br><br>Defendants. | CASE NO. CV-23-1801-PHX-MTL<br><br>**COMPLAINT IN ACTION FOR VIOLATION OF CIVIL RIGHTS**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Daniel D'Agostino, (herein "Plaintiff"), on behalf of himself, for his Complaint against Defendant, Foo Monk, LLC ("Defendant"), and in support thereof would show as follows:

## INTRODUCTION

1. This is a multi-claim civil action brought by Daniel D'Agostino against Foo Monk (Instantly.ai) for false advertising, wire fraud, breach of contract, fraudulent inducement, unfair competition, violation of the Consumer Fraud Act, negligent misrepresentation, tortious interference with business relations, defamation, unjust enrichment, bad faith, and seeking punitive damages.

## JURISDICTION AND VENUE

2. This Court has federal jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1332.

3. Venue is proper under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims occurred in this District, and the plaintiff also resides in this District.

## PARTIES

4. Plaintiff Daniel D'Agostino is an individual residing in Phoenix, Arizona. He is the Owner and CEO of Austeva, LLC, a limited liability company organized under the laws of the State of Arizona with its principal place of business located at 5220 West Saint Charles Ave, Laveen, AZ 85339.

5. Defendant Foo Monk (Instantly.ai) is a corporation organized under the laws of the state of Wyoming, with its principal place of business at 30 N. Gould St Ste R, Sheridan, WY 82801.

6. Defendant Nils Schneider is an individual who resides in Switzerland. He is the Co-founder of Foo Monk, LLC (Tradename: Instantly.ai), a limited liability company organized under the laws of the State of Wyoming with its principal place of business at 30 N. Gould St Ste R, Sheridan, WY 82801.

7. Defendant Reio Suun is an individual who resides in Estonia. He is the Co-founder of Foo Monk, LLC (Tradename: Instantly.ai), a limited liability company organized under the laws of the State of Wyoming with its principal place of business at 30 N. Gould St Ste R, Sheridan, WY 82801.

**STATEMENT OF FACTS**

8. In October 2022, Plaintiff, a resident of Phoenix, Arizona, established Austeva, LLC. As the sole owner and operator of this single-member LLC, he aimed to expand his client base through advanced email marketing techniques. Austeva was registered in Arizona but only commenced its client acquisition journey in April 2023. To this end, Plaintiff subscribed to Instantly.ai, a software product developed and marketed by Foo Monk, LLC—a Wyoming-registered company operating under the trade name "Instantly."

9. The software initially delivered on its promise. Within weeks of deploying his first set of cold email campaigns, Daniel began to see engagement, email open rates soared, and he even secured a new client. Emboldened by these early signs of success and Instantly's encouraging analytics, Daniel decided to scale up his email campaigns. He engaged in multiple discussions with promising leads, nurturing what appeared to be a burgeoning clientele.

10. However, the upward trajectory was short-lived. Despite Instantly's analytics indicating high email deliverability and healthy account metrics, Daniel experienced a sharp drop in engagement shortly after landing his first client. Perplexed, he implemented a variety of strategies: revising his messaging, re-targeting his audience, and running extensive A/B tests, but all these efforts proved futile.

11. Doubting the veracity of Instantly's analytics, Daniel conducted a self-investigation by running an email campaign targeting 30 of his own email addresses. He also analyzed data from his Google Workspace account. The results were alarming; although Instantly reported high open rates, his personal inboxes told a different story. This was the final straw that triggered Daniel to seek an

explanation from Foo Monk's leadership team. Plaintiff laid out the issues and provided evidence to support his claims and findings then sent correspondence to the Defendant (EXHIBIT A).

12. Plaintiff summarized his findings in his email to the Defendant and included images showing the evidence:

- "Falsifying Campaign Analytics: Instantly appears to be falsifying analytics to hide that emails are going to spam because the warm-up emails are using blacklisted IPs. Despite no interaction with a campaign sent to email accounts I own, Instantly reported an implausible 37% open rate, which later increased to 47%.
- Falsifying Warm-up Analytics: Your warm-up analytics claim that all warm-up emails have been successfully delivered and "landed in the inbox", however, we've shown that many emails were rejected and bounced. The warm-up analytics are falsified.
- Warm-up IP Addresses: Your IP addresses have been confirmed to originate from AWS and many are blacklisted on 8+ blacklists. This impacted our reputation and resulted in most emails from our email campaigns to be delivered to spam folders, where email is never checked.
- Tracking Domains: Your tracking domain links are flagging email as spam.
- Failure to Utilize Google Workspace: Emails are supposed to be routed through our Google Workspace servers to maximize the probability that they will land in the inbox, but evidence shows that this is not happening.
- Unauthorized Deletion of Emails: There are indications that Instantly may have used entrusted credentials via oAuth to delete emails from my Google account, possibly as an attempt to conceal these fraudulent activities." (EXHIBIT A)

13. On August 16, 2023, Daniel received a call from Tim, Instantly's CTO, in response to his email query. During the hour-long discussion, Tim made a shocking admission. The email marketing industry, including Instantly, was aware of changes in how IMAP and POP email servers processed

pixels, leading to misleading open-rate analytics. Instantly had been intentionally perpetuating this misinformation, thereby misleading its clientele, including Plaintiff. Plaintiff verified that Instantly was using AWS IP addresses that were blacklisted, further exacerbating the deliverability issues Plaintiff had experienced.

14. Plaintiff's independent investigation has validated these troubling revelations. He confirmed that Instantly had been providing false warm-up and campaign analytics. Their use of blacklisted IP addresses was contributing to emails landing in spam folders, and even their tracking domains were flagging emails as spam.

15. These unethical and fraudulent practices go beyond moral transgressions; they constitute violations of federal laws pertaining to fraud, false advertising, and consumer protection. Given the gravity and scope of these transgressions.

## CLAIMS

### Claim I - False Advertising under the Lanham Act, 15 U.S.C. § 1125(a)

16. Plaintiff D'Agostino alleges that Defendant Instantly knowingly misrepresented the capabilities of their software's analytics. The software falsely reported that nearly 100% of the warm-up emails were landing in inboxes. It was proven that emails were bouncing and not being delivered to the inbox even though the software recorded the email as landing in the inbox. The open rate analytics related to email campaigns were very damaging and very misleading. The Plaintiff's investigation verified that even when no emails were open, the software reported that there was 37% open rate, which grow to 47% within 12 hours later. This misled the Plaintiff and caused significant damages. The Plaintiff believed that the email campaigns were successfully landing in the inbox and he needed to adjust the content, sequences, messaging, or the targeted leads. They were not landing in the inbox. This constitutes false advertising under federal law.

### Claim II - Wire Fraud under 18 U.S.C. § 1343

17. Plaintiff asserts that Defendant Instantly utilized interstate communications via email and internet services to execute a fraudulent scheme, including misleading analytics and false reporting of email deliverability, aimed at defrauding its customers, including Plaintiff.

### Claim III - Breach of Contract

18. Plaintiff alleges that the Defendant's failure to provide accurate analytics and email deliverability constitutes a breach of their contractual obligations, which explicitly or implicitly promised a functional and reliable service.

### Claim IV - Fraudulent Inducement

19. Plaintiff claims that he was intentionally misled by Defendant's false pretenses about their software capabilities into entering a contractual agreement. Tim, the CTO of Instantly, admitted in a conversation that the company was aware of industry shifts that made their analytics unreliable.

### Claim V - Unfair Competition under the Sherman Act, 15 U.S.C. §§ 1–7

20. Plaintiff contends that Defendant's deceptive practices in misrepresenting their software's capabilities have resulted in unfair competition, as it prevented Plaintiff from making informed decisions regarding email campaign strategies.

### Claim VI - Violation of the Arizona Consumer Fraud Act, A.R.S. § 44-1522

21. Plaintiff alleges that Defendant knowingly made false representations about their service's efficacy and reliability, thereby violating Arizona's state consumer protection laws.

### Claim VII - Negligent Misrepresentation

22. Plaintiff asserts that Defendant carelessly provided false analytics information, which Plaintiff relied upon to scale up his cold email campaigns, to his substantial detriment.

### Claim VIII - Tortious Interference with Business Relations

23. Plaintiff claims that Defendant's actions knowingly damaged his relations with third parties, specifically his clients and potential clients, causing him to lose business opportunities.

### Claim - Defamation

24. Plaintiff claims that Defendant's false analytics indirectly painted an inaccurate portrait of his business's reach and efficiency, thereby harming his and his business's reputation.

### Claim X - Unjust Enrichment

25. Plaintiff alleges that Defendant has been unjustly enriched through fees paid for a service that was not only inadequately delivered but also damaging to Plaintiff's business.

### Claim XI - Bad Faith

26. Plaintiff contends that Defendant misled customers, including the Plaintiff, while purporting to act in good faith, as evidenced by their refusal to notify customers about known flaws in their analytics system.

### Claim XII - Punitive Damages

27. Plaintiff claims that Defendant's intentional or reckless acts, including the false analytics and misleading business practices, have caused significant harm, thereby warranting punitive damages.

### Claim XIII - Violation of International Business Practices and Consumer Protection Laws

28. Plaintiff alleges that Defendant's actions could potentially breach international business practice regulations and consumer protection laws. Such international legal frameworks could include the United Nations Guidelines for Consumer Protection or specific U.S.-Switzerland bilateral treaties governing international business ethics and consumer protection.

### XIV - Cross-Border Fraudulent Practices

29. Given the transnational nature of the fraudulent activities and false advertising, Plaintiff may invoke international laws on fraud, such as the United Nations Convention Against Corruption, to which both Switzerland and the United States are signatories.

### Claim XV - Jurisdictional Claims Under Swiss Federal Act on Private International Law (PILA)

30. Plaintiff asserts that, under Swiss law, specifically the Swiss Federal Act on Private International Law (PILA), claims could be made against the Swiss founder for damages incurred by the Plaintiff as a result of the fraudulent actions of the company.

### Claim XVI - Violation of EU Consumer Rights Directive

31. The Plaintiff alleges that the actions of the Estonian Co-founder could potentially be in breach of the European Union Consumer Rights Directive. This Directive aims to achieve a high level of consumer protection, particularly in relation to online business transactions.

### Claim XVII - Violation of EU General Data Protection Regulation (GDPR)

32. If any data processing or data misrepresentation is involved that impacts EU citizens, the Plaintiff alleges violation of GDPR, which has strict regulations concerning the handling of data of EU citizens.

### Claim XVIII - Violation of U.S.-EU Privacy Shield Framework

33. If data transfer between the U.S. and EU is involved, Plaintiff alleges that the Estonian founder has failed to comply with the U.S.-EU Privacy Shield Framework which regulates data transfers between the United States and European Union member states.

### Claim XIX - Jurisdictional Claims Under Estonian Law

Given that one of the founders is from Estonia, Plaintiff asserts that Estonian laws pertaining to business ethics, consumer protection, and fraud are applicable. Specifically, Plaintiff could point to Estonian Commercial Code or other relevant statutes for claims of unethical business practices and fraudulent misrepresentation.

### **PRAYER FOR RELIEF**

34. WHEREFORE, the Plaintiff respectfully requests that this Court grant the following relief:

a. Monetary Damages: Compensation for all losses incurred due to the actions of the defendants, including any and all monies paid to FooMonk (Instantly.ai), as well as other associated costs.

b. Restitution: Full reimbursement of any and all fees paid to FooMonk, and a refund for the year of service promised by Tim.

c. Punitive Damages: For intentional or reckless acts that resulted in harm to Daniel D'Agostino and his business.

d. Injunction against False Advertising: Cease and desist from any further false or misleading advertising practices, both in the United States and internationally.

e. Injunction against Wire Fraud: Immediate cessation of any and all fraudulent practices involving the use of interstate communications.

f. Accounting and Auditing: For defendants to provide a full and complete accounting of all activities related to the false analytics and misleading representations.

g. Jurisdiction-Specific Relief: An order compelling defendants to comply with the consumer protection laws of Arizona, the United States, Switzerland, and Estonia.

h. Legal Fees: Full coverage of all legal fees and any other costs associated with this lawsuit.

i. Interest: Post-judgment interest as permitted by law.

j. Extraterritorial Damages: Damages to account for any breaches of international laws given the Swiss and Estonian citizenship of the founders.

k. Declaratory Judgment: A declaratory judgment that the actions of FooMonk (Instantly.ai) and its founders violated federal and state laws, including the Lanham Act, the Sherman Act, and others cited in the lawsuit.

l. Any other relief: Any other relief that the Court deems just and proper in the circumstances.

35. Plaintiff reserves the right to amend this complaint to assert additional claims and to include additional parties as defendants.

## DEMAND FOR JURY TRIAL

1. Plaintiff hereby requests a jury trial on all issues raised in this complaint.

RESPECTFULLY SUBMITTED this 29th day of August, 2023.

By: Daniel D'Agostino

Plaintiff in Pro Se

| | |
|---|---|
| From: | Daniel D'Agostino |
| Sent: | Wednesday, August 16, 2023 1:56 PM |
| To: | 'nils@instantly.ai'; 'reio@instantly.ai'; 'tim@instantly.ai'; 'sumit@instantly.ai' |
| Cc: | 'support@registeredagentsinc.com'; 'reports@registeredagentsinc.com' |
| Subject: | Urgent: Resolution and Compensation for Severe Losses Due to Fraudulent Activities |
| Attachments: | images.pdf; images (1).pdf |

Good afternoon,

I am writing on behalf of my company as a customer of Instantly, where we have been engaged for several months. We are deeply disturbed by the discovery of activities within your organization that have led to a heavy loss of revenue for us and the destruction of our reputation, amounting to an estimated $1.5 million to $3 million. Your original state filing, latest annual report filing, and the email addresses for your statutory agent's (Riley and Robin) are included.

In our recent investigation, we have confirmed that Instantly is engaging in seemingly intentional fraudulent and possibly criminal activities, as outlined below:

- **Falsifying Campaign Analytics:** Instantly appears to be falsifying analytics to hide that emails are going to spam because the warm-up emails are using blacklisted IPs. Despite no interaction with a campaign sent to email accounts I own, Instantly reported an implausible 37% open rate, which later increased to 47%.
- **Falsifying Warm-up Analytics:** Your warm-up analytics claim that all warm-up emails have been successfully delivered and "landed in the inbox", however, we've shown that many emails were rejected and bounced. The warm-up analytics are falsified.
- **Warm-up IP Addresses:** Your IP addresses have been confirmed to originate from AWS and many are blacklisted on 8+ blacklists. This impacted our reputation and resulted in most emails from our email campaigns to be delivered to spam folders, where email is never checked.
- **Tracking Domains:** Your tracking domain links are flagging email as spam.
- **Failure to Utilize Google Workspace:** Emails are supposed to be routed through our Google Workspace servers to maximize the probability that they will land in the inbox, but evidence shows that this is not happening.
- **Unauthorized Deletion of Emails:** There are indications that Instantly may have used entrusted credentials via oAuth to delete emails from my Google account, possibly as an attempt to conceal these fraudulent activities.

These actions are not only unethical but potentially violate federal laws concerning fraud, false advertising, and consumer protection. They may also breach international laws, given that some of the affected individuals may reside in Switzerland or other countries.

Given the severity of these issues and our substantial losses, we demand immediate engagement to resolve this matter and to discuss appropriate compensation. If we cannot initiate engagement by this Friday (Arizona time), we will not hesitate to initiate a Federal Lawsuit in the state of Arizona, subsequently moving it to a class-action lawsuit.

This legal action will not only target Instantly but also the individuals involved, effectively piercing the corporate veil. The consequences of such a lawsuit may lead to permanent damage to your reputation and likely result in Instantly's bankruptcy.

I urge you to consider the gravity of this situation and work cooperatively to rectify these matters. Your prompt attention to this issue is not only in your best interest but vital for the integrity of the entire industry.

EXHIBIT A

==I look forward to hearing from you by the stipulated deadline. Let us work together to avoid legal action and restore faith in your organization's practices.==

Some supporting evidence:

1. Some images supporting **Falsifying Campaign Analytics** claim. This image shows a seemingly natural increase in open rates. It started at 37% and increased to 47%. The activity shows that they were opened over time. This is impossible since I own the accounts in the campaign and never opened the emails or even the accounts.
2. Some images supporting **Falsifying warm-up Analytics** claim. Here's just one of many emails that bounced. The warm-up analytics reflect that all email sent from that email address landed in the inbox, which is clearly falsified.
3. Here's one of many IP addresses which is used to send warm-up emails. It's clearly blacklisted on 10+ blacklists, causing significant irreparable harm to our reputation, minimally, causing all email to land in the spam folder. For example, here's one IP address: https://multirbl.valli.org/lookup/54.163.216.49.html
4. Other evidence will be supplied in the federal complaint, if we move forward with a federal lawsuit.

**FALSIFYING CAMPAIGN ANALYTICS**

# FALSIFYING CAMPAIGN ANALYTICS



EXHIBIT A (REPRINTED TO SCALE UP IMAGES)

**Activity History**  |  last 90 days

Search by email 🔍   Filter ▼

| | | | |
|---|---|---|---|
| ✉ Opened<br>daniel@austeva-r... | 🙂 danield@austeva-company.c... | 🕐 2 hours ago | Step 1 |
| ✉ Opened<br>danielmd@austeva... | 🙂 danield@austeva-recruitin... | 🕐 3 hours ago | Step 1 |
| ✉ Opened<br>danield@austeva-... | 🙂 daniel@austeva-recruiting... | 🕐 4 hours ago | Step 1 |
| ✉ Opened<br>danield@austeva-... | 🙂 danield@austeva-co.com | 🕐 6 hours ago | Step 1 |
| ✉ Opened<br>danield@austeva-... | 🙂 daniel@austeva-company.co... | 🕐 6 hours ago | Step 1 |
| ✉ Opened<br>danielmd@austeva... | 🙂 danielmd@austeva-recruite... | 🕐 12 hours ago | Step 1 |
| ➤ Sent<br>danielmd@austeva... | 🙂 daniel@austeva-co.com | 🕐 12 hours ago | Step 1 |
| ✉ Opened<br>danielmd@austeva... | 🙂 danielmd@austeva-company.... | 🕐 12 hours ago | Step 1 |
| ➤ Sent<br>danielmd@austeva... | 🙂 danielmd@austeva-recruite... | 🕐 12 hours ago | Step 1 |
| ✉ Opened<br>danielmd@austeva... | 🙂 danielmd@austevarecruiter... | 🕐 12 hours ago | Step 1 |

EXHIBIT A (REPRINTED TO SCALE UP IMAGES)

Warm-Up Campaign - 01

| | | | |
|---|---|---|---|
| Opened danielmd@austeva... | danielmd@austevarecruiter... | 12 hours ago | Step 1 |
| Sent danielmd@austeva... | danield@austevacompany.co... | 12 hours ago | Step 1 |
| Sent danielmd@austeva... | daniel@austevaco.com | 12 hours ago | Step 1 |
| Sent danielmd@austeva... | danielmd@austeva-inc.com | 12 hours ago | Step 1 |
| Sent danielmd@austeva... | danielmd@austeva-company.... | 12 hours ago | Step 1 |
| Sent daniel@austeva-r... | danield@austeva-company.c... | 12 hours ago | Step 1 |
| Opened danield@austeva-... | daniel@austeva-company.co... | 12 hours ago | Step 1 |
| Sent danielmd@austeva... | danield@austeva-recruitin... | 12 hours ago | Step 1 |
| Sent danielmd@austeva... | danielmd@austevarecruiter... | 12 hours ago | Step 1 |
| Sent danielmd@austeva... | danielmd@austevaco.com | 12 hours ago | Step 1 |
| Sent danield@austeva-... | daniel@austeva-company.co... | 12 hours ago | Step 1 |

EXHIBIT A (REPRINTED TO SCALE UP IMAGES)

Warm-Up Campaign - 01

| | | | |
|---|---|---|---|
| Sent<br>danield@austeva-... | ☺ daniel@austeva-company.co... | 🕐 12 hours ago | Step 1 |
| Opened<br>daniel@austevac... | ☺ danielmd@austeva-co.com | 🕐 12 hours ago | Step 1 |
| Opened<br>danielmd@austeva... | ☺ danield@austeva-recruiter... | 🕐 12 hours ago | Step 1 |
| Sent<br>danield@austeva-... | ☺ daniel@austeva-recruiting... | 🕐 12 hours ago | Step 1 |
| Sent<br>danield@austeva-... | ☺ danield@austeva-co.com | 🕐 12 hours ago | Step 1 |
| Sent<br>danielmd@austeva... | ☺ danield@austeva-recruiter... | 🕐 12 hours ago | Step 1 |
| Opened<br>daniel@austevar... | ☺ daniel@austevainc.com | 🕐 12 hours ago | Step 1 |
| Sent<br>danield@austevac... | ☺ danielmd@austeva-co.com | 🕐 12 hours ago | Step 1 |
| Sent<br>danield@austevar... | ☺ daniel@austeva-inc.com | 🕐 12 hours ago | Step 1 |
| Sent<br>danield@austevar... | ☺ daniel@austevainc.com | 🕐 12 hours ago | Step 1 |
| Sent<br>danield@austevai... | ☺ danield@austevainc.com | 🕐 12 hours ago | Step 1 |

EXHIBIT A (REPRINTED TO SCALE UP IMAGES)

Warm-Up Campaign - 01

| | | | |
|---|---|---|---|
| Sent<br>danield@austevai... | danield@austevainc.com | 12 hours ago | Step 1 |
| Sent<br>danield@austevaco... | danield@austevarecruiter.... | 12 hours ago | Step 1 |
| Opened<br>daniel@austevaco... | daniel@austevarecruiting.... | 12 hours ago | Step 1 |
| Sent<br>danield@austeva-... | daniel@austevacompany.com | 12 hours ago | Step 1 |
| Opened<br>daniel@austevare... | danielmd@austeva-recruiti... | 12 hours ago | Step 1 |
| Sent<br>danield@austeva-... | danield@austeva-inc.com | 12 hours ago | Step 1 |
| Sent<br>daniel@austevare... | daniel@austevarecruiter.c... | 12 hours ago | Step 1 |
| Sent<br>daniel@austevaco... | daniel@austevarecruiting.... | 12 hours ago | Step 1 |
| Sent<br>daniel@austevare... | danielmd@austeva-recruiti... | 12 hours ago | Step 1 |
| Opened<br>danield@austeva-i... | danield@austevaco.com | 12 hours ago | Step 1 |
| Sent<br>daniel@austevaco... | danielmd@austevacompany.c... | 12 hours ago | Step 1 |

EXHIBIT A (REPRINTED TO SCALE UP IMAGES)

Warm-Up Campaign - 01

| | | | |
|---|---|---|---|
| Sent  daniel@austevare... | 😊 danielmd@austeva-recruiti... | 🕐 12 hours ago | Step 1 |
| Opened  daniel@austeva-i... | 😊 danield@austevaco.com | 🕐 12 hours ago | Step 1 |
| Sent  daniel@austevaco... | 😊 danielmd@austevacompany.c... | 🕐 12 hours ago | Step 1 |
| Opened  daniel@austeva-c... | 😊 daniel@austeva-recruiter.... | 🕐 12 hours ago | Step 1 |
| Sent  daniel@austevain... | 😊 danielmd@austevainc.com | 🕐 12 hours ago | Step 1 |
| Sent  daniel@austeva-r... | 😊 danield@austevarecruiting... | 🕐 12 hours ago | Step 1 |
| Sent  daniel@austeva-i... | 😊 danield@austevaco.com | 🕐 12 hours ago | Step 1 |
| Sent  daniel@austeva-c... | 😊 danielmd@austevarecruitin... | 🕐 12 hours ago | Step 1 |
| Sent  daniel@austeva-c... | 😊 daniel@austeva-recruiter.... | 🕐 12 hours ago | Step 1 |

**End of activity stream**

EXHIBIT A (REPRINTED TO SCALE UP IMAGES)

# FALSIFYING WARM-UP ANALYITICS (one example of many)



EXHIBIT A (REPRINTED TO SCALE UP IMAGES)

IMAGE CAPTURED TODAY



EXHIBIT A (REPRINTED TO SCALE UP IMAGES)