Daniel D'Agostino
522 West Saint Charles Ave.
Laveen, AZ 85339
(602) 999-2065
Plaintiff in Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Daniel D'Agostino, an individual, | Case No. 2:23-cv-01801-MTL |
| Plaintiff, | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | Judge:          Michael T. Liburdi |
| Foo Monk, LLC; Nils Schneider; Reio Suun, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Daniel D'Agostino ("Plaintiff") and Defendants Foo Monk, LLC ("Foo Monk"), Nils Schneider, and Reio Suun (collectively, "Defendants")—for Defendants, by and through their undersigned counsel—hereby stipulate to the dismissal of the above-entitled action with prejudice.

**IT IS SO STIPULATED.**

//

//

//

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DATED this __23rd__ day of October, 2023

_____
Daniel D'Agostino

Plaintiff in Pro Se


DATED this __23rd__ day of October, 2023    COOLEY LLP

_____
Audrey Mott-Smith

Attorneys for Defendants,
Foo Monk, LLC, Nils Schneider, Reio Suun

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO
DISMISS WITH PREJUDICE
CASE NO. 2:23-CV-01801-MTL